```
                    IN THE UNITED STATES DISTRICT COURT
                        MIDDLE DISTRICT OF GEORGIA
                            COLUMBUS DIVISION
```

| | |
|---|---|
| JAMES M. MARTIN, | * |
| Plaintiff, | * |
| vs. | *   CASE NO. 4:05-CV-75 (CDL) |
| LINDA PIERCE, Clerk and | * |
| CECELIA HAILES, Law Clerk | * |
| Defendants. | * |

ORDER

Plaintiff moved to have legal counsel appointed to assist him with his civil claim brought pursuant to 42 U.S.C. §1983. This matter was referred to the Magistrate who denied Plaintiff's motion for the appointment of counsel. Plaintiff appeals the Magistrate's denial of his motion. The Court has reviewed the record in this case and finds that the Magistrate's decision should be affirmed. Accordingly, the Magistrate's decision is affirmed and Plaintiff's motion for appointment of counsel is denied.

IT IS SO ORDERED, this 1st day of March, 2006.

                                          S/Clay D. Land
                                             CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE